# United States Navy–Marine Corps Court of Criminal Appeals

————————————

**UNITED STATES**
*Appellee*

v.

**Jordan W. MONTNEY**
**Lance Corporal (E-3), U.S. Marine Corps**
*Appellant*

————————————

**No. 201800262**

————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary.

*Decided:* 25 January 2019.

————————————

*Military Judge:* Lieutenant Colonel Eugene H. Robinson, Jr., USMC

*Approved Sentence:* A reprimand, reduction to E-1, forfeiture of $1,092 pay per month for 12 months, confinement for 12 months, [1] and a bad-conduct discharge. Sentence adjudged 25 May 2018 by a special court-martial convened at Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone.

*For Appellant:* Major James S. Kresge, USMCR.

*For Appellee:* Brian K. Keller, Esq.

————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

————————————

---

[1] The Convening Authority suspended confinement in excess of 10 months pursuant to a pretrial agreement.

Before HUTCHISON, TANG, and STEPHENS,
*Appellate Military Judges.*

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c).

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court